# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>DIDIER KINDAMBU<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:20-MJ-286<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 6, 2020  in the city/county of  Loudoun  in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1344 | bank fraud |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.
    Reviewed by AUSA/SAUSA

Matthew Burke, AUSA
*Printed name and title*

*Complainant's signature*

Charles W. Sublett, Special Agent, IRS CI
*Printed name and title*

Digitally signed by Sublett Charles W
Date: 2020.10.15 13:15:10 -04'00'

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone                                            *(specify reliable electronic means)*.

Date: 10/16/2020

City and state: Alexandria, VA

John F. Anderson
*Judge's signature*
Digitally signed by John F. Anderson
Date: 2020.10.16 16:30:01 -04'00'

John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

Print    Save As    Spellcheck    Reset Form