# EXHIBIT B



The Boeing Company
P.O. Box 3707
Seattle, WA  98124-2207

14 January 2013
6-1166-MLF-150

Attention: Didier Kindambu,
Managing Director

Subject: Airline Opportunity Development in the Democratic Republic of Congo

Dear Didier,

This letter acknowledges your pursuit of the opportunity of a new national airline for the Democratic Republic of the Congo. The Boeing Company appreciates your input and time to educate us regarding this opportunity. We are very impressed that you have taken the time and borne the expense to visit Boeing three times concerning the potential of starting a new airline in the Democratic Republic of the Congo.

The United States Embassy personnel speak highly of you and were happy to recommend you to Boeing. Our experience with you gives us hope of working with you for the success of this opportunity.

As previously mentioned, the Opportunity Development group, as part of Boeing Commercial Airplanes, will be happy to be your advocate within Boeing and to provide you with a number of services to enable this project's advancement. Some services will be complimentary and some will be for a fee.

As a representative of the Contracts group in Boeing Commercial Airplanes, I too look forward to assisting as I am able in this endeavor.

Very truly yours,

THE BOEING COMPANY

*[signature]*

Ms. Mackenzie L. Fisher
Boeing Commercial Airplanes – Contracts
Phone:  +1 (206) 766-1426
Email:   mackenzie.l.fisher@boeing.com

copy: Mr. Timothy Mooney
Mr. Craig Auestad