# EXHIBIT C

**RÉPUBLIQUE DÉMOCRATIQUE DU CONGO**
**AUTORITÉ DE L'AVIATION CIVILE**



*Le Directeur Général*

November 1st, 2019

N°AAC/100/DG/TMJ/KMF/1635/19

**TO WHOM IT MAY CONCERN**

**Re: Recommendation for Mr. Didier KINDAMBU**

I just learnt Mr. Kindambu Didier, one of few aviation experts in my country the Democratic Republic of Congo has an interest in establishing an aviation business in Virginia, USA. I am excited to extend my support of his consideration to play a major role in the US aviation sector, which with his keen business acumen would stimulate interest in DRC's large mining sector.

I would like to establish the context in which to use to best evaluate Mr. Kindambu's exceptional knowledge, skills, and abilities in the aviation sector.

I have heard of and followed Mr. Kindambu's progress in the aviation sector. I am the Director General of the DRC Civil Aviation Authority overseeing the entire aviation sector as regulator.

Mr. Kindambu created a business model aimed at stimulating economic growth by opening up international business through aviation operations. He planned and was the first to launch a successful domestic airline in the Democratic Republic of Congo (DRC), working with South African Airlines, DRC and South African lead officials in the sector. He single-handed initiated and executed several major achievements in the aviation sector, engaging and growing the business, achieving recognition from international aviation professionals and African national organizations for his contribution to the sector. He comes to the US with special unique abilities, ready to engage and contribute to the aviation sector. He aims to establish bilateral relationships with US airlines to operate from the United States to DRC. DRC has extensive wealth in rare earth metals, as well as significant metals such as copper and precious stone diamonds. This presents significant business opportunities for American companies.

...//...

Mr. Kindambu is a businessman and aviation entrepreneur and strategist who worked in a continent that poses the toughest challenge in aviation as well as other sectors. There were no direct flights between South Africa and the mining areas in the Katanga province, more specifically Lubumbashi, that launched in November 2004, which is the hub point of entry for the entire mining sector in the southern region of DRC.

I credit Mr. Kindambu with three major feats:

1. Successful execution of his plan to leverage the boom in the mining sector by creating the first major coalition between two governments/two countries in the aviation sector through the launch of a new airline, Congo Express in February 2010. He served as main local shareholder and Managing Director. These two countries, South Africa and Democratic Republic of Congo had more differences than similarities and it was the most accomplished venture of all times. He brought new insights and worked on every facet of operations, some of which include: airport compliance, baggage handling, visa issues between DRC and SA citizens, airport traffic control, and all other airline and airport operations. Mr. Kindambu implemented international aviation standards in DRC (FAA requirements).

2. Mr. Kindambu gathered support to champion intercontinental aviation and stimulate key changes in the aviation sector. By establishing intra-government relations, He also created the first aviation governance structure intra-Africa in Francophone Africa; between SA and DRC.

3. Mr. Kindambu set up airfields to access remote areas of the mining region for Kibali Gold Mines and other mining organizations. These remote airfields north of DRC required full implementation of activities from the bottom up: survey, site planning, communication, security, safety, incident reporting, supplies (ex. fuel), power, etc. He was among the first in the country to execute large scale airfield operations to directly support transport of personnel and goods to key mining zones.

On a side note, I am also aware that he supported Medical Evacuation with medically equipped planes and helicopters between SA and DRC.

Mr. Kindambu has demonstrated that he led the change in the most challenging environment, Africa, DRC, Franco-phone Africa. He is super resilient amidst all the challenges that existed when he had the vision to start a domestic airline into DRC to support the mining sector. He led people and partnerships, he is results-driven and worked with many critical infrastructures to ensure success in his business ventures. He is an astute aviation entrepreneur, very few exists in the continent of Africa especially in the DRC.

...||

I hope my letter would serve as a measure of support for Mr. Kindambu. He will make a positive impact in aviation in the US, a country with well documented aviation regulations and code of conduct. I am positive he will also expand outreach into DRC and stimulate aviation changes beyond the US.

Kind regards,

**General Director**
**TSHIUMBA MPUNGA Jean**