# EXHIBIT D

Case 1:20-cr-00260-RDA   Document 54-4   Filed 10/14/21   Page 1 of 2 PageID# 399



Ref: EAL/CCIA/53/2012
Date: June 26, 2012

**Mr. Didier Kindambu**
**Managing Director**
**Congo Express Airlines**
**Kinshasa**

**Dear Mr. Kindambu,**

It was a pleasure to meet you at our Headquarters in Addis Ababa on 22 June 2012, and to discuss with you the possibility of cooperation between Ethiopian Airlines and Congo Express Airlines.

Ethiopian Airlines is, first and foremost, a Pan-African carrier that strongly believes in the establishment of strong and multi-faceted partnerships between African airlines. Only through such cooperation will African carriers be able to grow and take their rightful share in a context of stiff and ever increasing foreign competition.

As I have conveyed to you during our discussions, establishing a hub in Central Africa is part and parcel of Ethiopian Airlines' strategy. To this end, through a common and shared vision for the African aviation industry, I am hopeful that the discussions we have started will be crowned, soon, with a successful long term win-win partnership.

Please accept the assurances of my highest consideration.

Sincerely,

**Tewolde Gebremariam**
**Chief Executive Officer**

Bole International Airport, P.O.Box 1755, Addis Ababa, Ethiopia Tel : (251-011) 665 6666 Fax: ( 251-011) 661 1474
www.ethiopianairlines.com