# EXHIBIT J

**Democratic Republic of the Congo**  　　　　**Kinshasa, May 21, 2021**



　　　　　　　　　　　　　　　　　　　　N130 AE-CDE/0429/**2021**

**Vice Prime Minister, Ministry of Foreign Affairs**
**The Vice Minister**

　　　　　　　　　　　　　The Honorable Rossie D. Alston, Jr.
　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　for the Eastern District of Virginia
　　　　　　　　　　　　　United States Courthouse
　　　　　　　　　　　　　401 Courthouse Square

　　　　　　　　　　　　　Alexandria, Virginia 22314

Re: <u>United States v. Didier Kindambu, Case No. 1:20-cr-260</u>

Dear Judge Alston:

By this letter, I would like to present to you Mr. DIDIER KINDAMBU, a native of the Democratic Republic of the Congo.

Mr. DIDIER KINDAMBU has been an entrepreneur since 2001. He introduced advances in telecommunications, which implemented DSTV and installed the PABX system in embassies in the Democratic Republic of the Congo. In 2003, during the mining boom, he initiated the Johannesburg-Lubumbashi line in the aviation sector, which was a strategic and economic gateway.

Mr. DIDIER KINDAMBU is the first Congolese to have partnered with the South African government in the aviation sector since 2003.

In 2010, he was the first Congolese to have created a domestic aviation line complying with ICAO and IATA international standards. This earned him the approval of the embassy of the United States and of the United Nations for their travel in the cities and province of the Democratic Republic of the Congo.

　　　　　　　　　　　　　　　[initials]

*Continued*

Indeed, due to this approval, he was referred by the Embassy of the United States of America to BOEING Company for the establishment of a national line for the Democratic Congo which is still in progress; it has been 2 years since he opened an aviation line in the United States of America which is operational to this day.

With this, he has a platform currently operating in the business aviation sector in the Democratic Republic of the Congo.

Mr. DIDIER KINDAMBU is one of the rare expert entrepreneurs in the aviation sector in the Democratic Republic of the Congo, and we, the Congolese government, have always given him the support necessary and we continue to do so.

We would like to inform you that Mr. DIDIER KINDAMBU has never had any criminal history or history of arrest whatsoever. Please find his Certificate of Good Conduct attached.

This letter is addressed to you pursuant to the situation in which Mr. DIDIER KINDAMBU finds himself in your country, the United States of America.

This document is issued to him to serve for all legal intents and purposes.

Please accept my best regards, Your Honor.

/s/
Raymond TCHEDYA PATAY
Vice Minister of Foreign Affairs and Congolese Abroad



**République Démocratique du Congo**

*Kinshasa, le 21 Mai 2021*

Vice-Primature, Ministère des Affaires Étrangères

*Le Vice -Ministre*

N°130AE-CDE/0429/2021

The Honorable Rossie D. Alston, Jr.
United States District Judge
for the Eastern District of Virginia
United States Courthouse
401 Courthouse Square

Alexandria, Virginia 22314

Re: United States v. Didier Kindambu, Case No. 1:20-cr-260

Cher Judge Alston:

Nous venons par la présente lettre, vous présentez Monsieur DIDIER KINDAMBU natif de la République Démocratique du Congo.

Monsieur DIDIER KINDAMBU, est un entrepreneure depuis 2001, évoluant dans la télécommunication qui a implante DSTV et installe le system PABX dans les ambassades en Republique Democratique du Congo, en 2003, lors du boom minier, il initie la ligne de Johannesburg – Lubumbashi dans le secteur de l'aviation qui a été une porte d'ouverture stratégique et économique.

Monsieur DIDIER KINDAMBU, est le premier congolais, à avoir fait le partenariat avec le gouvernement sud-africain dans le secteur d'aviation depuis 2003.

En 2010, il fut le premier congolais a créé une ligne domestique d'aviation répondant aux normes internationales de l'OACI et l'IATA, cela lui a valu l'approbation de l'ambassade des états unis et de Nations Unis concernant leurs déplacements dans les villes et province de la république démocratique le Congo.

*Suite*

En effet de part cette approbation, il a été référer par l'Ambassade des états unis d'Amérique a BOEING Company pour l'établissement d'une ligne Nationale pour le Congo démocratique qui est toujours en cours, cella fait 2 ans qu'il a ouvert une ligne d'aviation aux Etat Unis d'Amérique qui est fonctionnel à ce jour.

Sur ce, il a une plateforme opérant actuellement dans le secteur d'aviation des affaires en république démocratique du Congo.

Monsieur DIDIER KINDAMBU, est compter parmi les rares experts entrepreneures dans le secteur de l'aviation en république démocratique du Congo, et nous, gouvernement congolais, lui avons toujours donner les supports nécessaires et continuons à le faire.

Nous tenons à vous informer que Monsieur DIDIER KINDAMBU n'a jamais eu d'antécédent judicaires, ni d'arrestation quelconques. En attache le certificat de bonne vie et mœurs.

Cette correspondance vous été adresser, suite a la situation auquel Monsieur DIDIER KINDAMBU fait face dans votre pays les États Unis d'Amérique.

Ce document lui est délivré pour servir ce que de droit.

Veuillez agréer, Monsieur le Juge, l'expression de ma parfaite considération.

**Raymond TCHEDYA PATAY**
Vice-Ministre des Affaires Etrangères et congolais de l'Etranger