# EXHIBIT L



| | |
|---|---|
| Democratic Republic of the Congo [image]<br><br>**Ministry of Justice and Human Rights**<br><br>**Office of the Public Prosecutor**<br><br>CRIMINAL RECORD<br>[stamp: For authentication of the signature of Mrs. Mr. Miss EVARISTE OKE YUM appended above/below/opposite/on the back on the EXTRACT FROM THE CRIMINAL RECORD<br>Documented for Mr. Mrs. Miss: KINDAMBU<br>Fee collected: 98.00<br>Receipt No.: 120 492<br>Kinshasa, May 20, 2021]<br>THE LUKUNGA NOTARY /s/<br>[stamp: Mrs. Nyembo Fatuma Marie Notary]<br>[2 round stamps: DEMOCRATIC REPUBLIC OF CONGO<br>Left: OFFICE [ILLEGIBLE]<br>Right: CITY OF KINSHASA]<br><br>No. 13,033 /C.J. DIV/KIN (1)<br><br>(1) Paid: FC<br>Free of charge "G"<br>/////// CODE 0778<br>Mcc P.G. cl 21<br>N.P. H 1658523 of May 18, 2021<br>B.V. 826388 of May 18, 2021.<br>0156546 | **EXTRACT FROM THE CRIMINAL RECORD KINDAMBU DIDIER**<br><br>Fingerprint record<br>Subject to subsequent identification<br><br>Criminal record: NONE<br><br>Kinshasa, May 20, 2021<br><br>Public Prosecutor<br>p.p.<br>Chief Judicial Inspector<br>EVARISTE OKE YUM /s/<br>Director |



[image: D.R Congo
10
Consular fee
HDM/2011]

[stamp: Democratic Republic of the Congo
Ministry of Foreign Affairs
Chancellery and Litigation Directorate
WITNESSED FOR AUTHENTICATION OF THE SIGNATURE
of Mrs. Nyembo Fatuma
Appended: on the back [poorly legible]
Kinshasa, May 21, 2021
Fee collected: 19 8381[illegible]
FOR THE MINISTER PER PROCURATIONEM]

/s/
[Stamp: Mwamba Lubundyo Chantal
1st Secretary of the Embassy]

[stamp: Democratic Republique of the Congo
[illegible]
City of Kinshasa]

                                                [handwritten: KINDAMBU DIDIER
May 20, 2021 /initials/]

[bilingual passport]
AFRIQUE DU SUD = SOUTH AFRICA
Homme d'Affaires = Businessman



[handwritten: KINDAMBU DIDIER]

République Démocratique du Congo



Ministère de la Justice
et Droits Humains

Parquet Général de la République

**CASIER JUDICIAIRE**

**EXTRAIT
DU
CASIER JUDICIAIRE**

de KINDAMBU DIDIER

Formule dactyloscopique
Sous réserve de l'identification
Ultérieure.

N° 13.033 /C.J DIV/KIN (1)

Antecedents judiciaires : N E A N T.

Kinshasa, le 2 0 MAI 2021

(1) Payé : FC
Gratuit "G"
Mcc P.G. cl 21 CODE 0778
N.P. H 1658523. du 18/05/2021.
B.V. 826388. du 18/05/2021.

0156546

Le Procureur Général de La République

Par délégation

L'Inspecteur Judiciaire en Chef

=EVARISTE OKE YUM==
Directeur

République Démocratique du Congo
Ministère des Affaires Etrangères
Direction de la Chancellerie et Litiges

**VU POUR LEGALISATION DE LA SIGNATURE**

De Mr, Mme : Nyembo Patience

Apposée : [signature]

Kinshasa, le 21 MAI 2021

Droits perçus : 19.838 Fc

POUR LE MINISTRE PAR DELEGATION

Mwamba Lubundjo Chantal
1ère Secrétaire d'Ambassade

[Stamp: République Démocratique du Congo — Police — Ville de Kinshasa]

KINDAMBU
DIDIER
le 20/05/2021 [signature]

eGuiF



KINDAMBU DIDIER.