# EXHIBIT N

August 2, 2021

Honorable Rossie D. Alston Jr.
United States District Court
Eastern District of Virginia
United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:   United States v. Didier Kindambu
      Case No. 1:20-cr-260

Dear Judge Alston:

My name is Sean Reed and I am submitting this letter on behalf of Didier Kindambu. I am the owner and CEO of a technology company in Northern Virginia. I was born and raised in Reston and returned to the area after serving in special operations in the Marine Corps for ten years.

I have known Didier for four years since his daughter Marie and my daughter Kiyaura participated in the same criminal justice program in high school. They became fast friends and Marie even came with us on a family vacation to Hawaii three years ago. I have also met his son Junior several times. Kiyaura viewed Didier as another father figure, and regularly expressed what a kind, hospitable, and caring person he was.

Didier has truly had a positive impact on my life. In April 2019, he invited me to attend an event with him in Washington, DC where we met the leader of the Democratic Republic of the Congo, President Felix Tshisekedi. This was President Tshisekedi's first visit to the United States since his inauguration and Didier had been invited to participate in a roundtable discussion with Congolese and American businessmen. This experience was incredibly valuable to me as I gained unique insights into African markets as I worked to establish my own company.

I am aware of the crimes for which Didier has been charged because Marie contacted me the evening he was arrested to assist him in posting bail. Marie has contacted me a number of times since to provide updates on how her father is doing, so I have seen firsthand how this experience has negatively affected Didier's family.

Thank you very much for taking the time to read this letter and taking it into consideration. I respectfully request any leniency that can be provided in sentencing Didier, as the best opportunity for him to pay restitution is to return to running his business.

Respectfully submitted,

Sean A. Reed