# EXHIBIT P

KAYEMBE-MBAYI CLAUDE
ATTORNEY

| **Main office** | TO WHOM IT MAY CONCERN, |
|---|---|
| Charleroi Bar<br>Rue Quevry, 63<br>6238 Luttre<br><br>Telephone and Fax<br>+32(0)71 57 80 30<br><br>GSM: 0486 75 06 52<br><br>Email:<br>c.kayembe.mbayi@avocat.be<br><br>**Secondary office**<br><br>Brussels Bar<br>Avenue Louise, 441<br>1050 Brussels<br><br>Telephone and Fax<br>+32(0)2 544 12 22<br><br>Email:<br>c.kayembe.mbayi@avocat.be<br><br>Attorney Registered with the Bar of Kinshasa/Gombe | Brussels, June 18, 2021<br><br>Your Honor, the Judge,<br><br>**Regarding: Didier KINDAMBU**<br><br>I have the honor of writing to you in my capacity as a longstanding friend of the person concerned.<br><br>Indeed, I have known him since 1989 at boarding school in Congo/Zaire, specifically, at the KISANTU Commercial Institute in the province of BAS CONGO.<br><br>Believe me, since the third year of secondary school for us he was a very intelligent boy, to the point where we always vied for first or second place when grades were handed out. We continued like this until being appointed president and vice-president, respectively, of the school thanks to our discipline and integrity among all the students.<br><br>Our friendship continued until the end of our secondary school studies. Our friendship also allowed me to frequent his family home. He is the son of a leading banker in the area. He therefore lived very comfortably and lacked for nothing. For the record, it was he who taught me to drive an automatic transmission car, because when he was very young his father offered him a vehicle for finishing his secondary school studies with high grades.<br><br>His sole discomfort was to have had a bad time with the divorce of his parents, as any child might.<br><br>We were separated in 1993 while I pursued my higher education in Belgium and he did so in South Africa. However, we remained in regular contact. Even at a distance, what we heard of him was very positive because he was a boy who had integrated very quickly by learning the English language. Very soon, he asserted himself in the world of business to the point that he was acclaimed in the |

**Third party account: BE 40 6303 2074 0663**     **Fee account: BE: 46 6300 2420 8936**

**CBE**: 0542 839 714

KAYEMBE-MBAYI CLAUDE
ATTORNEY

RSA Congolese community as the most dynamic and honest Congolese person.

As a businessman, he regularly needed my services as an attorney. In this regard, he asked me about ten times to support his visa applications for the European area. Believe me, he has never abused my trust nor that of European authorities, still less the various business partners with whom I contacted for him. So much so that he was entitled to multiple entry visas. At the time I am writing this attestation, his administrative and legal file is completely clean in Europe.

As a husband and father, I can guarantee to you that I know his wife and children, together they form a well-adjusted family to the extent that there has never been any scandal concerning his wife or children. Quite the contrary, he always wanted them to attend the best schools and universities, as you can see on the spot in the USA. It is therefore clear that his children need their father at their side to be able to continue their studies.

His arrest has created a shock wave in the Congolese community in Europe, in RSA and in the Congo itself.

As a practitioner of law, I have confidence in your jurisdiction to grant him every consideration under US law insofar as it is the first time in his existence that he has had trouble with the law.

I assure you that my statement is true, and ask you, Your Honor, to accept my best regards.

Claude Kayembe-Mbayi
/s/

**Third party account: BE 40 6303 2074 0663    Fee account: BE: 46 6300 2420 8936**

**CBE: 0542 839 714**

## KAYEMBE-MBAYI CLAUDE
### AVOCAT

**Cabinet principal**

**Barreau de Charleroi**

Rue Quevry, 63
6238 Luttre



+32(0)71 57 80 30

GSM: 0486 75 06 52

Courriel :
c.kayembe.mbayi@avocat.be

**Cabinet secondaire**

**Barreau de Bruxelles**

Avenue Louise, 441
1050 Bruxelles

+32(0)2 544 12 22

Courriel :
c.kayembe.mbayi@avocat.be

Avocat Inscrit au Barreau de Kinshasa/Gombe

A QUI DE DROIT

Bruxelles, le 18/06/2021.

Madame, Monsieur Le Juge,

**Concerne : Didier KINDAMBU**

J'ai l'honneur de vous écrire en ma qualité d'ami de longue date de la personne concernée.

En effet, je l'ai connu au courant de l'année 1989 à l'internat au Congo/Zaïre, notamment à l'institut commercial de KISANTU dans la province du BAS-CONGO.

Croyez-moi, depuis la troisième secondaire pour nous ce fut un garçon très intelligent au point où nous nous disputions toujours la première ou la deuxième lors des remises de bulletins. Nous avons ainsi évolué jusqu'à être désigné respectivement président et vice-président de l'école grâce à notre discipline et intégrité parmi tous les élèves.

Notre amitié a continué jusqu'à la fin des études secondaires. Notre amitié m'a également permis de fréquenté sa cellule familiale. Il est le fils d'un grand banquier de la place. Il a donc toujours vécu très aisément et il ne manquait de rien. Pour la petite histoire, c'est d'ailleurs lui qui m'a appris à conduire une voiture « automatique », parce que très jeune, son papa lui avait offert un véhicule pour avoir fini avec brillo ses études secondaires.

Sa seule souffrance est d'avoir mal vécu le divorce de ses parents comme tout enfant.

Nous nous sommes séparés en 1993 alors que moi j'allais poursuivre mes études supérieures en Belgique et lui en Afrique du Sud. Cependant, nous sommes restes en contact réguliers. Même à distance, les échos qui nous parvenaient de lui étaient très positifs car c'était un garçon qui s'était très vite intégré en apprenant très vite la langue anglaise. Très tôt, il s'est affirmé dans le monde du business au point qu'il a été plébiscité dans la

Compte tiers : BE 40 6303 2074 0663    Compte honoraires : BE : 46 6300 2420 8936

BCE : 0542 839 714

## KAYEMBE-MBAYI CLAUDE
### AVOCAT

communauté congolaise de RSA comme le congolais le plus dynamique et intègre.

En tant qu'homme d'affaire, il a régulièrement eu besoin de mes services comme avocat. A ce titre, il m'a demandé une dizaine de fois d'appuyer ses demandes des visas pour l'espace européen. Croyez-moi, il n'a jamais abusé de ma confiance ni de celle des autorités européennes encore moins des différents partenaires d'affaires avec qui j'ai eu à prendre contact pour lui. A telle enseigne qu'il a eu droit à des visas multiples entrées. Au moment où j'écris ce témoignage, son dossier administratif et judiciaire est complètement vierge en Europe.

En tant que père et mari, je puis vous garantir que je connais son épouse et ses enfants, ensemble ils forment une famille équilibrée à tel point qu'il n'y a jamais eu aucun scandale ni envers sa femme ni envers ses enfants. Bien au contraire, il a toujours tenu à ce qu'ils fréquentent les meilleurs établissements scolaires et universitaires comme vous pouvez d'ailleurs le constater sur place aux USA. Il est donc évident que ses enfants ont besoin de la présence de leur papa à leurs côtés pour pouvoir continuer lesdites études.

Son arrestation a créé une onde de choc dans la communauté congolaise tant en Europe, en RSA qu'au Congo même.

En tant que praticien du droit, je fais confiance à votre juridiction pour lui accorder toutes les mesures de faveur que le droit américain prévoit dans la mesure où c'est la première fois depuis son existence qu'il soit confronté à la justice.

Tout en vous assurant la véracité de mon témoignage, je vous prie de croire, Madame, Monsieur Le Juge à l'assurance de mes salutations respectueuses.

Claude Kayembe-Mbayi