# EXHIBIT V

August 23rd, 2021

Honorable Rossie D. Alston Jr.
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

RE: United States v. Didier KIndambu
Case No. 1: 20-cr-260

Dear Judge Alston,

It is with great pleasure that I am submitting this letter on behalf of Didier Kindambu, best known as Papa D to me.

I am Marie-Grace Mpofu, Didier's first-born child and daughter. I am a 19 year-old college student at the American University in Washington D.C., double majoring in accounting and finance with hopes of attending an MBA/JD graduate school as I have hopes of getting into the law field someday. I currently work full-time at a real-estate title company as the contract opener/first point of contact for home buyers and sellers.

My whole life, even as I type this letter, my dad has been my role model. Whenever I had an assignment to do about someone influential I always based it on my dad. My dad was always and is always wanting to help someone because that's the type of person he is. He believes in the principle of 'do good onto others and it will come back to you'. Something that I base my actions and life on. Majority of my friends say not only do I resemble my father physically, but emotionally and mentally too, something I take with great pleasure because that's all I ever wanted to be.

October 20, 2020 at 6am was the scariest and most unreal thing I have ever witnessed in my short life. Hearing the words that "we have an arrest warrant for Didier Kindambu", were the most painful words that still echo until this day. Confusion overtook my body in that instance. I couldn't believe it; it continues to feel like a never-ending nightmare.

The last few months have been the hardest time of my life; the stress and pressure lead me to seeking therapy.  Going from having your best friend every day, to feeling empty physically, mentally, and emotionally. It didn't help that my mom was across the world in the DRC. Trying to balance being an older sister, working, a student, and answering to lawyers emails, calls, and requests highlighted my father's absence even more. I was so used to having my dad taking control of everything, that when it fell onto me, my whole world just started spiraling down. This reminded me of the importance of having my father present physically in our lives.

One of the regrets he's having in this entire situation is having trusted individuals who he thought had the same work ethic and principles as him, which are loyalty, honesty, and integrity.

In conclusion, through these lines, I hope you have a better understanding of who Didier Kindambu is. Apart from being a busines man, his most important role that he takes pride is being a present father. Within the past 10 months he's been away, he's missed crucial milestones and family celebrations that would never go unmissed because family is his number one priority. The love that he gives me and my brother is unreplaceable. I would never trade anyone else for my dad.

Thank you for taking the time to read my letter. I plead with your best judgement to bring Papa D home.

Respectfully submitted,

Marie-Grace Mpofu